JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATMOS HOSTING, INC., a Missouri corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TRUTH ARMY PRODUCTIONS, LLC, a Delaware limited liability company, GEOFFREY B. SANDO, a California citizen, and JOSEPH GALLAGHER, a Michigan citizen,<br><br>　　　　Defendants. | Case No. 2:24-cv-03860-JLS-PD<br><br>**JUDGMENT** |

The Court, having granted summary judgment in favor of Defendants Truth Army Productions, LLC, Geoffrey Sando and Joseph, the Court **hereby ORDERS, ADJUDGES, and DECREES** as follows:

    (1)    Judgment is entered in favor of Defendants Truth Army Productions, LLC, Geoffrey Sando and Joseph Gallagher and against Plaintiff Patmos Hosting, Inc. ("Plaintiff") on all of Plaintiff's claims in its Complaint.

    (2)    Plaintiff shall take nothing by way of its Complaint; and

    (3)    Defendants may recover from Plaintiff their costs of suit in accordance with the applicable law.

IT IS HEREBY ORDERED.

Dated: May 20, 2025

                                      HON. JOSEPHINE L. STATON
                                      UNITED STATES DISTRICT JUDGE